UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:  Dean A. Hawkins

               Debtor  /

Case No. 15-30207-LMI
Chapter 13

## EX-PARTE MOTION TO SUBSTITUTE DEBTOR'S COUNSEL

Lissette Labrousse is no longer employed with Legal Services of Greater Miami, Inc., Nicole Giuliano, attorney, moves to be substituted as counsel for Debtor Dean A. Hawkins, and states that the Debtor agree to the substitution.

Dated February 16, 2016.

Respectfully submitted,

By _____/s/_____
Nicole Giuliano, Esq.
Florida Bar No.: 71067
Giuliano Law, P.A.
500 E. Broward Blvd., Suite 1710
Ft. Lauderdale, Fl 33394
Telephone: (954) 848-2940
nicole@giulianolaw.com

*as of counsel to*
LEGAL SERVICES OF GREATER MIAMI, INC.
3000 Biscayne Blvd., Suite 500
Miami, Fl 33137
Telephone: (305) 438-2447
Primary Email: ngiuliano@legalservicesmiami.org
Secondary Email: crodriguez@legalservicesmiami.org