

ORDERED in the Southern District of Florida on September 15, 2016.

*Laurel M. Isicoff*
**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

_____

```
          UNITED STATES BANKRUPTCY COURT
          SOUTHERN DISTRICT OF FLORIDA

IN RE:
DEAN A. HAWKINS,                    Case no. 15-30207-LMI
     Debtor(s).      /              Chapter 13 Case
```

### ORDER GRANTING SANTANDER CONSUMER USA INC. RELIEF FROM STAY AND CODEBTOR STAY

**THIS CAUSE** came before the Court on September 13, 2016 at 9:00 a.m., on Santander Consumer USA Inc.'s Motion for Relief from Stay and Codebtor Stay (DE 39). Upon consideration of the motion, the agreement of the parties, and the record, it is

**ORDERED** that:

1. The Motion for Relief from Stay filed by Santander Consumer USA Inc. ("Movant") is GRANTED and the stay imposed pursuant to 11 U.S.C. Section 362 is modified so as to allow Movant to repossess or replevy the **2012 HYUNDAI GENESIS V6 SEDAN 4D, VIN KMHGC4DDXCU204629** (Acct no. xxxx0135), to sell the vehicle, and to apply the proceeds of the sale of the vehicle to the amount owed to Movant.

2.  The stay is modified for the purpose of allowing Movant to obtain and sell the vehicle and to apply the proceeds of the sale to the indebtedness owed to Movant or to proceed in a Court of competent jurisdiction for the sole purpose of seeking in rem remedies.  Movant shall not seek nor obtain any in personam judgment against the debtor.

3.  The codebtor stay imposed pursuant to 11 U.S.C. Section 1301 as it relates to Patricia Lavern Printis is hereby terminated and Movant may enforce its in personam rights against Patricia Lavern Printis.

4.  Notwithstanding paragraphs one, two and three of this order, Movant agrees not to repossess or replevy the vehicle provided that debtor and/or non-debtor remain current with the monthly payments to Movant (next payment is due on 10/10/2016), maintain collision and comprehensive insurance coverage on the vehicle (with Movant named as lienholder), and otherwise abides by the terms of the contract with Movant.

5.  Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is not applicable and Movant may immediately enforce and implement this order granting relief from the automatic stay.

###

Copies furnished via ECF to:

Gerard M. Kouri, Jr., Esq., counsel for Movant
Office of the US Trustee
Nancy K. Neidich, Trustee
Mandy L. Mills, Esq., attorney for debtor

Attorney Kouri is directed to mail a conformed copy of this Order to Dean A. Hawkins, debtor, and Patricia Lavern Printis, non-debtor, immediately upon receipt of this Order and shall file a certificate of service with the Clerk of the Court.