UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

CASE NO: 18-21683-BKC-AJC
CHAPTER 13

IN RE:
JOHN M. SKIPPINGS

                    DEBTOR(S)
_____/

EX-PARTE MOTION TO WITHDRAW THE CHAPTER 13 TRUSTEE'S REQUEST FOR
ENTRY OF ORDER DISMISSING CASE (ECF #45) AND VACATE ORDER GRANTING
CHAPTER 13 TRUSTEE'S REQUEST TO DISMISS CASE (ECF #46)

Nancy K. Neidich, hereby moves this Court to withdraw the Trustee's Request for Entry of Order Dismissing Case (ECF #45) and Vacate Order Granting Chapter 13 Trustee's Request to Dismiss Case (ECF #46)and states:

1.    On March 4, 2019 a Trustee's Request for Entry of Order Dismissing Case (ECF #45) was inadvertently filed with the Court.

Wherefore, the Trustee moves this Court to Withdraw the Trustee's Request for Entry of Order Dismissing Case.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed by postage prepaid mail to the following parties on the 6th day of MARCH 2019.

CAROLINA A. LOMBARDI, ESQ. (ECF)

                              _____ FL Bar 0877539
                              NANCY K. NEIDICH, ESQUIRE
                              STANDING CHAPTER 13 TRUSTEE
                              P.O. BOX 279806
                              MIRAMAR, FLORIDA 33027-4166
                              Telephone: (954) 443-4402