UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
Division: Miami

PROCEEDING UNDER CHAPTER 13
IN RE:                                   CASE NO:15-30207-BKC-LMI
DEAM A HAWKINS

       DEBTOR(S)
_____/

**NOTICE OF WITHDRAWAL OF (DE#75) EX-PARTE MOTION TO AMEND**

   Notice is hereby given that the Ex-Parte Motion to Amend (Docket Entry #75) filed by Nancy K. Neidich is hereby withdrawn.

   I HEREBY CERTIFY that a true and correct copy of the Foregoing Notice of Withdrawal, was mailed to those parties listed this 8th of March 2019.

                                   /s_____
                                 NANCY K. NEIDICH, ESQUIRE
                                 STANDING CHAPTER 13 TRUSTEE
                                 P.O. BOX 279806
                                 MIRAMAR, FLORIDA 33027-4166
                                 Telephone: (954) 443-4402

COPIES FURNISHED TO:

MANDY M. MILLS, ESQ (ECF)