UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
Division: Miami

CASE NO: 15-30207-BKC-LMI
CHAPTER 13

IN RE:
DEAN A. HAWKINS

      DEBTOR(S).
_____/

Ex-Parte Motion to Amend the Order Granting Motion To Modify Plan And Approving Fifth Modified Chapter 13 Plan dated January 10, 2019 (DE #73)

      Nancy K. Neidich, Chapter 13 Trustee moves this Court to Amend the Order Approving Fifth Modified Chapter 13 Plan as a Sixth Modified Chapter 13 Plan which corrects a typographical error has been filed.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed by postage prepaid mail to the following parties on the 6th day of March 2019.

_/s/ Nancy K. Neidich_
NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
Miramar, Florida  33027-4166
Telephone: (954) 443-4452

COPIES FURNISHED TO:

MANDY MILLS, Esq. (ECF)