

**ORDERED in the Southern District of Florida on March 10, 2019.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:                                                      CASE NO: 15-30207-BKC-LMI
DEAN A. HAWKINS

          DEBTOR(S).
_____/

<u>Order Granting Trustee's Ex-Parte Motion to Amend the Order Granting Motion To Modify Plan And Approving Fifth Modified Chapter 13 Plan dated January 10, 2019 (DE #73)</u>

THIS CASE came on before the Court ex-parte, it is ORDERED as follows:

1. The Ex-parte Motion to Amend the Order Granting Motion To Modify Plan And Approving Fifth Modified Chapter 13 Plan dated January 10,2019 is granted.

2. The Order Granting Motion To Modify Plan And Approving Fifth Modified Chapter 13 Plan shall be amended so that all references in said Order to the Fifth Modified Chapter 13 Plan shall be changed to reference the "Sixth Modified" Chapter 13 Plan.

3. All other provisions of said order shall remain in full force and effect.

                              ###

PREPARED BY:
NANCY K. NEIDICH, ESQUIRE, STANDING CHAPTER 13 TRUSTEE,
P.O. BOX 279806, MIRAMAR, FL 33027-9806

NANCY K. NEIDICH, ESQUIRE is directed to mail a conformed copy of this Order to all creditors and interested parties immediately upon receipt thereof.